B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Southern District Of Texas

| | |
|---|---|
| In re IGNITE RESTAURANT GROUP, INC., et al., Debtor. ) ) ) | Case No. 17-33550 (DRJ) (Jointly Administered) |
| DRIVETRAIN, LLC, as Trustee of the Ignite Restaurant Group GUC Trust ) ) ) | Chapter 11 |
| Plaintiff, ) v. ) ) ) ) | |
| FACILITY RESPONSE GROUP INCORPORATED, ) ) Defendant. ) | Adv. Proc. No. _____ |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
USBC, Southern District of Texas, Houston Division
Attn: David J. Bradley, Clerk of the Court
P.O. Box 61010, Houston, TX 77208; telephone: 713/250-5500

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

**PACHULSKI STANG ZIEHL & JONES LLP**, Attn: Jason S. Pomerantz
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067
- and -
COLE SCHOTZ PC, Attn: Michael D. Warner; Benjamin L. Wallen
301 Commerce Street, Suite 1700, Fort Worth, TX 76102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David J. Bradley, Clerk of Court

Date: May 30, 2019

s/ Melissa Morgan
Signature of Clerk or Deputy Clerk

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Rolanda Mori _____ (name), certify that service of this summons and a copy of the complaint was made June 3, 2019 _____ (date) by:

☑ Mail service: Regular, first class United States mail and Certified Return Receipt Requested, postage fully pre-paid, addressed to:
    See attached service list.

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 6/5/2019  Signature /s/ Rolanda Mori

Print Name: Rolanda Mori

Business Address: 10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067



DOCS_LA:322497.1 40162/004

## SERVICE LIST

Facility Response Group Incorporated
c/o The Law Office of Raymond S. Vinton
Attn: Raymond S. Vinton, Esq. & R/A
6541 Kenwood Avenue
Dallas, TX 75214-3164


Facility Response Group Incorporated
Attn: Thayer Vinton, President
100 Crescent Court, Suite 700
Dallas, TX 75201-2112


Facility Response Group Incorporated
Attn: Trisha R. Stanford, Accts. Receivable
2100 Greenwod Dr., Suite 200
Southlake, TX 76092