IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> **IGNITE RESTAURANT GROUP, INC.**, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-33550 (DRJ) <br><br> Jointly Administered |
| **DRIVETRAIN, LLC, As GUC Trustee of The Ignite Restaurant Group GUC Trust,** <br><br> Plaintiff <br><br> v. <br><br> **FACILITY RESPONSE GROUP INCORPORATED,** <br><br> Defendant. | Adv. Pro. No. 19-03503 (DRJ) |

**NOTICE OF CANCELLATION OF HEARING**
[Related Doc. No. 8]

**PLEASE TAKE NOTICE** that a hearing on the *Plaintiff's Request for Entry of Default Against Defendant Facility Response Group Incorporated* [Docket No. 8] has been cancelled that was set for April 28, 2021 at 11:30 AM (CST) before the Honorable David R. Jones, United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

Bankruptcy Judge, in Courtroom 400, United States Courthouse, 515 Rusk Ave., Houston, Texas 77002.

Dated: April 21, 2021          Respectfully submitted,

By: */s/ Michael D. Warner*
Michael D. Warner, Esq. (Bar No. 00792304)
Benjamin L. Wallen, Esq. (Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, Texas 77002
Tel: (713) 691-9385
Fax: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: bwallen@pszjlaw.com

-and-

Jeffrey P. Nolan, Esq. (Admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Email: jnolan@pszjlaw.com

*Counsel to the GUC Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above pleading was caused to be served by this Court's CM/ECF noticing system on all parties that are registered to receive notices in the above case and by U.S. Mail, first-class postage on the parties listed below this 21st day of April, 2021.

Facility Response Group Incorporated
c/o The Law Office of Raymond S. Vinton
Att: Raymond S. Vinton, Esq. & R/A
6541 Kenwood Avenue
Dallas, TX 75214-3164

Facility Response Group Incorporated
Att: Thayer Vinton, President
100 Crescent Court, Suite 700
Dallas, TX 75201-2112

Facility Response Group Incorporated
Att: Trisha R. Stanford, Accts. Receivable
2100 Greenwood Dr., Suite 200
Southlake, TX 76092

                 */s/ Michael D. Warner*
                 Michael D. Warner